# EXHIBIT C

[True and correct copy of the Infringing Product advertised in Defendant's Catalog]

# EXHIBIT C



