# EXHIBIT D

[True and correct screenshot of the Infringing Product from the Defendant's Website]

# EXHIBIT D

Products      News      Download      About US      Contact US      Search

## Product Categories

> PAINTING > Spray Gun >414.172 LVMP GRAVITY SPRAY GUN

New Products( 0 )

ABRASIVES

PUTTIES

BONDING & SEALING

MASKING

PAINTING

  Paints(4)

  Spray Gun(18)

  Air Hose & Regulator(15)

  Paint System(26)

  Mixing Cup & Stirrer(39)

  Paint Can(11)

  Paint Strainer(11)

  Touch-up Line(14)

  Paint Brush & Roller(8)

  Colour Matching(11)

FINISHING

CLEANING

PERSONAL SAFETY

PANEL STAND & STORAGE

SPRAYBOOTH EQUIPMENT

DENT TOOL & EQUIPMENT

SHOP EQUIPMENT

CAR CARE



## 414.172 LVMP GRAVITY SPRAY GUN

Item# 414.172

✉ Contact Supplier

| Product Details | Product Video | Assembly Instructions & Parts Diagram |
|---|---|---|

* Gun With Aluminum Alloy Plating Nickel
* Stainless Steel Spray Pin
* Capacity of cup: Plastic 600ml
* Nozzle Size: 1.0-1.6/1.8-2.2MM
* Optimal Working Pressure: 2-3BAR
* Pattern Width: ~27CM
* Air Consumption: 15CFM
* Air Inlet: 1/4BSP

Each Pack: 1pc/color box
Master Pack: 10pcs/brown carton box

## CATALOGUE

| | |
|---|---|
| New Products | ABRASIVES |
| PUTTIES | BONDING & SEAL |
| MASKING | PAINTING |
| FINISHING | CLEANING |
| PERSONAL SAFET | PANEL STAND & : |
| SPRAYBOOTH EQ | DENT TOOL & EQ |
| SHOP EQUIPMEN | CAR CARE |

## DOWNLOAD

Paint Mixing Cup 2017

Colour Match Light 2017

New List July 2017

New List July 2017

2017 Phoenix Product Poster

2017 Phoenix Product Catalogue

Paintless Dent Repair

## ADDRESS

📍 5F,No.4 Building,Qiannianzh
ou Plaza,2 Haoyun Rd.31111
2 Hangzhou,China

📞 +86 571 87698385

✉ sales@phoenixrefinish.com

Copyright@2013-2017 PHOENIX AUTOMOTIVE REFINISHING CO.,LIMITED